UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DELIO LOPEZ-LOPEZ**        **CIVIL ACTION**

**VERSUS**        **NO. 19-9308**

**NORVEL ORAZIO, ET AL.**        **SECTION: "T"(4)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (R. Doc. No. 12) filed by defendants Lieutenant Norvel Orazio and Sheriff Greg Champagne, in his official capacity as St. Charles Parish Sheriff, is **GRANTED** in part and **DENIED** in part as follows:

The Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (R. Doc. No. 12) is **GRANTED** in part as to Delio Lopez-Lopez's 42 U.S.C. § 1983 claims against Sheriff Champagne in his official capacity and these claims are dismissed with prejudice for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

The Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (R. Doc. No. 12) is **DENIED** in part as to Delio Lopez-Lopez's § 1983 failure to protect claim against Lieutenant Orazio.

The Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (R. Doc. No. 12) is **DENIED** in part as to Delio Lopez-Lopez's state law claims of negligence under La. Civ. Code art. 2315 against Lieutenant Orazio.

New Orleans, Louisiana, this 7th day of May, 2020.

                                            **GREG GERARD GUIDRY**
                                            **UNITED STATES DISTRICT JUDGE**