UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DELIO LOPEZ-LOPEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-9308** |
| **NORVEL ORAZIO, ET AL.** | **SECTION: T(4)** |

# ORDER

Considering the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that the defendants' Motion for Summary Judgment (R. Doc. No. 27) is GRANTED and Lopez-Lopez's remaining 42 U.S.C. § 1983 claims of failure to protect against Lieutenant Orazio are DISMISSED WITHOUT PREJUDICE for failure to exhaust under 42 U.S.C. § 1997e and WITH PREJUDICE for purposes of pauper status under 28 U.S.C. § 1915. It is further **ORDERED** that Lopez-Lopez's state law negligence and respondeat superior claims against defendants Sheriff Champagne and Lieutenant Orazio are DISMISSED WITHOUT PREJUDICE because the Court declines to exercise supplemental jurisdiction.

**New Orleans, Louisiana**, on this 3rd day of August, 2020.

                                                  **GREG GERARD GUIDRY**
                                       **UNITED STATES DISTRICT JUDGE**